UNITED STATES of America,
Plaintiff–Appellee,

v.

Kenneth GREGORY, Defendant–Appellant.

No. 05–40245
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 26, 2006.

David Haskell Henderson, Jr, Assistant U.S. Attorney, U.S. Attorney's Office,

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Bernard John Shealy, Amy R. Blalock, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM: *

Kenneth Gregory challenges his conviction following a jury trial for assaulting, resisting, and impeding a federal officer in violation of 18 U.S.C. § 111(a)(1). Gregory waived his argument that the district court erred when it failed to order a mistrial sua sponte because he explicitly waived his right to challenge the juror. *United States v. Reveles*, 190 F.3d 678, 682 (5th Cir.1999); *United States v. Musquiz*, 45 F.3d 927, 931–32 (5th Cir.1995).

Gregory's argument that the evidence was not sufficient to support his conviction because the Government failed to prove that he intended to strike Officer Matt is unavailing. Because Gregory was not required to know that he was striking a federal officer to be criminally liable under § 111(a)(1), that he intended to assault Officer Breaux and instead assaulted Officer Matt does not exonerate him. *United States v. Feola*, 420 U.S. 671, 686, 95 S.Ct. 1255, 43 L.Ed.2d 541 (1975); *United States*

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

*v. Moore*, 997 F.2d 30, 35 n. 8 (5th Cir. 1993).

**AFFIRMED.**

